# CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Michael McClernon**<br>DOB: 1972, United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>23-06382MJ |

Complaint for violations: Title 18, United States Code § 875(c).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about September 27, 2023, in the District of Arizona, **Michael MCLERNON**, knowingly and willfully did transmit in interstate and foreign commerce, through the use of a telephone, transmitted in interstate commerce a communication of a threat to injure the person of another, to wit: to commit a mass shooting at the Casino del Sol. All in violation of Title 18, United States Code, Section 875(c).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On September 27, 2023, **Michael MCCLERNON** made a telephone call to Casino del Sol (located in Tucson, Arizona at the Pascua Yaqui Indian Reservation) threatening to commit a mass shooting at the casino. During the call **MCCLERNON** stated that he was going to drive his truck into the front of the casino and start shooting. During the call, **MCCLERNON** identified himself to a Pascua Yaqui Police Department (PYPD) sergeant. Casino del Sol thereafter banned **MCCLERNON** and posted his picture at Casino del Sol facilities.

On November 30, 2023, an employee of Casino del Sol was approached by a guest to extend his stay at the RV park at Casino del Sol. The employee noted the person had been staying for two weeks, but then also identified the person as **MCCLERNON**. The employee contacted PYPD, and officers made contact with **MCCLERNON.**

After waiving *Miranda*, **MCCLERNON** stated he didn't recall making the phone call, but did admit he could have as he was upset with his treatment during a prior arrest at the casino.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:** N/A

| DETENTION REQUESTED<br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*<br><br>AUTHORIZED by AUSA *R.Arellano* | SIGNATURE OF COMPLAINANT<br>*[signature]*<br>OFFICIAL TITLE & NAME:<br>David Lopez, Task Force Officer<br>Federal Bureau of Investigations |
|---|---|
| Sworn to telephonically _X_. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature]* | DATE<br>December 1, 2023 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54